ACCEPTED
04-15-00132-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/4/2015 11:12:06 AM
KEITH HOTTLE
CLERK

No. 04-15-00132-CV

COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/04/15 11:12:06 AM
KEITH E. HOTTLE
Clerk

San Antonio, Texas

*Armando Hernandez and Nancy Hernandez,*

Appellants,

v.

*Mario Saldivar, Fernando Saldivar,
Asser Global, Inc., Smart Global, Inc.,
and Grupo K77, S.C.*

Appellees.

From 150th District Court,
Bexar County, Texas
*The Honorable Barbara Nellermoe*

**APPELLANTS' MOTION TO DISMISS APPEAL**

Pursuant to Rule 10 of the Texas Rules of Appellate Procedure, Appellants Armando Hernandez and Nancy Hernandez file this Motion to Dismiss Appeal. The Appellants no longer wish to pursue the Appeal and, therefore, respectfully request that this Court dismiss their appeal.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, L.L.P.

/s/ *Rusty Hardin*

Rusty Hardin
State Bar No. 08972800
Ryan K. Higgins
State Bar No. 24007362
Bob Wynne
State Bar No. 24060861
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010-4035
(713) 652-9000
(713) 652-9800 (Facsimile)

**ATTORNEYS FOR RELATORS**

## CERTIFICATE OF CONFERENCE

Appellant's counsel has conferred with Appellee's counsel and counsel is not opposed to the filing of Appellants' Motion to Dismiss Appeal.

By:     */s/ Bob Wynne*
              Bob Wynne


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss Appeal was served on all counsel of record on the 4th day of June, 2015:

Jeffrey A. Hiller
Cacheaux, Cavazos, & Newton, LLP
333 Convent Street
San Antonio, Texas 78205
jhiller@ccn-law.com

Royal B. Lea, III
Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
royal@binghamandlea.com

By:     */s/ Bob Wynne*
              Bob Wynne